**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as** *State v. Christian,* **Slip Opinion No. 2015-Ohio-3374.]**

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports.  Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2015-OHIO-3374

THE STATE OF OHIO, APPELLANT, *v.* CHRISTIAN, APPELLEE.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as** *State v. Christian,* **Slip Opinion No. 2015-Ohio-3374.]**

*Judgment vacated and cause remanded for consideration in light of* State v. Beverly.

(Nos. 2014-1318 and 2014-1554—Submitted August 11, 2015—Decided August 25, 2015.)

APPEAL from and CERTIFIED by the Court of Appeals for Montgomery County, No. 25256, 2014-Ohio-2672.

_____

{¶ 1} The judgment of the court of appeals is vacated and the case is remanded to the court of appeals to consider the evidence of an enterprise in light of *State v. Beverly*, Slip Opinion No. 2015-Ohio-219.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

LANZINGER, J., dissents.

_____

Mathias H. Heck, Montgomery County Prosecuting Attorney, and Kirsten A. Brandt, Assistant Prosecuting Attorney, for appellant.

Brock A. Schoenlein, for appellee.

_____